UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HANNAH STOCKTON ORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | 1:11-cv-04355-ODE-GGB |
| ) | |
| CB RICHARD ELLIS SPECIALTY ) | |
| REALTY, INC., ) | |
| ) | |
| Defendant. ) | |

## **STIPULATED EXTENSION OF TIME**

COME NOW Defendant CB Richard Ellis Specialty Realty, Inc. and Plaintiff Hannah Stockton Orth and file this their Stipulated Extension of Time hereby extending the time within which Defendant CB Richard Ellis Specialty Realty, Inc. may respond by motion, answer or otherwise to Plaintiff's Complaint through and including Monday, March 12, 2012.  Any motion, answer or other responsive pleading filed on or before Monday, March 12, 2012 will be deemed timely filed.

Respectfully submitted this 6th day of January, 2012.

| | |
|---|---|
| *s.James E. Radford, Jr.* | *s/ Rebecca Shanlever* |
| James E. Radford, Jr. | Rebecca Shanlever |
| A. Lee Parks | Troutman Sanders LLP |
| Parks, Chesin, and Walbert, P.C. | 600 Peachtree Street, N.E., Suite 5200 |
| 75 14th Street, 26th Floor | Atlanta, Georgia  30308-2216 |
| Atlanta, Georgia 30309 | (404) 885-3453 (telephone) |
| (404) 873-8000 (telephone) | (404) 962-6694 (facsimile) |
| (404) 873-8050 (facsimile) | rebecca.shanlever@troutmansanders.com |
| jradford@pcwlawfirm.com | |
| lparks@pcwlawfirm.com | Attorneys for Defendant |
| | CB Richard Ellis Specialty Realty, Inc. |
| Attorneys for Plaintiff | |